NOT FOR PUBLICATION                                              CLOSED

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, and the State of New Jersey, ex. Rel. SUNIL K. GARG,<br>    Plaintiffs,<br><br>v.<br><br>Covanta Holding Corp., et. al.,<br>    Defendants. | Civil Action No.: 10-4036 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

    This matter comes before the Court by way of a Defendant's motions to dismiss Relator's complaint (D.E. 18), for Rule 11 sanctions (D.E. 27), and for a protective order (D.E. 35). For the reasons set forth in this Court's corresponding opinion,

    **IT IS** on this **4th** day of **August, 2011**,

    **ORDERED** that Defendant's motion to dismiss is GRANTED; and it is further

    **ORDERED** that Defendant's motion for sanctions is DENIED; and it is further

    **ORDERED** that Defendant's motion for a protective order is DENIED as moot.

    **SO ORDERED**.


Dated: August 4, 2011

/s/ Jose L. Linares  
United States District Judge